# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARCEL D. THOMPSON

NO. 2024 KW 0954

**DECEMBER 16, 2024**

---

In Re:    Marcel D. Thompson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 558732.

---

**BEFORE:    GUIDRY, C.J., HESTER AND STROMBERG, JJ.**

**WRIT DENIED.** Relator's application for postconviction relief is untimely and he failed to establish an exception to the time limitation set forth in La. Code Crim. P. art. 930.8(A). If an application for postconviction relief is untimely under Article 930.8, it should not be considered on the merits. See **State v. LeBlanc**, 2006-0169 (La. 9/15/06), 937 So.2d 844 (per curiam).

**JMG**
**CHH**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT